■ In the Matter of EDWARD SHEA et al., Appellants, v BOARD OF APPEALS OF THE VILLAGE OF SCARSDALE, Respondent. [608 NYS2d 872] —Appeal by the petitioner from a judgment of the Supreme Court, Westchester County (William Zeck, J.H.O.), dated October 30, 1991.

Ordered that the judgment is affirmed, with costs, for reasons stated by Judicial Hearing Officer Zeck at the Supreme Court. Sullivan, J. P., Rosenblatt, Pizzuto and Joy, JJ., concur.